AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JOSHUA LEE SCHATZ | ) | |
| | ) | 2:23-mj-24-CMM |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 10, 2023 _____ in the county of _____ Vigo _____ in the
_____ Southern _____ District of _____ Indiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
/s/ Darin Odier
*Complainant's signature*

TFO Darin Odier, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by _____
_____ telephone _____ (*reliable electronic means*)

Date: _____ 08/25/2023 _____

City and state: _____ Terre Haute, IN _____

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

| Print | Save As... | Attach | Reset |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Darin Odier, being duly sworn, hereby depose and state as follows:

1.    **Affiant**: I am a Detective in the Internet Crimes Against Children Unit of the Indianapolis Metropolitan Police Department.  I am also a cross-designated Task Force Officer assigned to the Federal Bureau of Investigation (FBI), within the Indianapolis Child Exploitation Task Force.

2.    **Experience**:  I have over 34 years of law enforcement experience.  I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have written hundreds of search warrants involving internet crimes against children cases and participated in their execution.

3.    **Training**: I have attended and presented at the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children.  I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state, and local law enforcement agencies.  I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography.  As a Task Force Officer, I am authorized to investigate violations of the laws of the State of Indiana and of the United States and to execute warrants issued under the authority of the State of Indiana and of the United States.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **Joshua Lee Schatz (Schatz)** committed criminal offenses.

5. **Requested action:** I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging JOSHUA SCHATZ with Possession of Child Pornography, on or about March 10, 2023, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

6. **Possession of Child Pornography:** This statute, in pertinent parts, prohibits a person from knowingly possessing 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or shipped or transported by any means, including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. Title 18, United States Code, Section 2252A(a)(5)(B).

7.    **Definitions**:  The following definitions apply to this Affidavit:

A.    "Child Pornography" means any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. See 18 U.S.C. § 2256.

B.    The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

C.    The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

D.    The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## PRESENT INVESTIGATION AND PROBABLE CAUSE

8.      This Affiant learned the following information from Detective Josh Edwards (Edwards), who is employed as a law enforcement officer with the Indiana State Police. On February 3, 2023, ISP Trooper Josh Edwards met with Witness 1 (Identity known to this affiant but redacted). Witness 1 has special needs and her caregiver, Witness 2 (identity known to this affiant but redacted), was also present.

9.      Witness 1 told Trp. Edwards that her former boyfriend, Joshua Lee Schatz (Schatz), sent her multiple anime images of child pornography through text messages. According to Witness 1, Schatz's current cell phone number is 812-281-1880, and has been for several years. She has him listed in her contacts as "Josh Lee" Schatz's current girlfriend later confirmed to law enforcement that Schatz's phone number is 812-281-1880.

10.     Witness 1 provided Trp. Edwards written consent to examine her cell phone, an AT&T Maximum 5 Android, and provided him with the passcode. Trp. Edwards also received written consent from Witness 1's legal guardian, Witness 3 (Identity known to this affiant but redacted), on February 8, 2023, to forensically examine the phone.

11.     A forensic extraction of the data on Witness 1 phone was done. This affiant reviewed this extraction and observed a text message thread between Witness 1 and "Josh Lee," the user of 812-281-1880. Witness 1 told "Josh Lee" that she received images of children involved in sexual activity via text message from

unknown persons. "Josh Lee" asked to see the images and Witness 1 sent screenshots of the images to him on 1-16-2023 at 19:01:10 UTC.

12.    The second contains two images, both minor females who appear to be under 12 years old with their genitals exposed. Text within the screenshot reads "I caught him jacking off over my 8 year old daughter," "here is a picture of it," "see his cum on her stomach."

13.    "Josh Lee" responded to the screenshots by stating "I didn't do that but I wish I did that's hot."

14.    Based on my training and experience, these images constitute child pornography as defined in 18 U.S.C. § 2556(8).

15.    Additionally, I also observed a text thread between Witness 1 and "Josh Lee" that contained multiple computer-generated (CG) images of child pornography, as Witness 1 had described. There were a total of seven CG images that depict a minor engaged in sexually explicit conduct. These were sent from "Josh Lee" to Witness 1.

16.     These include an image sent by "Josh Lee" to Witness 1 on January 25, 2023 at 12:33:01 UTC. The image depicts a toddler female wearing only bib which reads "Baby CumWhore." The child is sitting on top of an adult male's legs as he anally penetrates the child with his penis. Her genitals are exposed. She has her hand next to her face, each holding other penises by her cheeks. There is material that appears to be running down her face and the bib and appears to be ejaculate

from the penis on the left.  44 seconds after sending this image, "Joshua Lee" says, "I like that pic a lot[.]"

17.    I also observed several messages from "Josh Lee" describing sexual activity he wanted to perform on Witness 1's 11-year-old daughter.  He said, "[minor child] took a short video of u giving her a bath.  And jn the video u could see her little cute ass.  I shaved that video to my phone then and when u went to put her on the bus the next morning I jacked off to her little ass[.]"

18.    In another message dated 1-6-2023 at 1:00:53 UTC "Josh Lee" says, "I'll be honest I would love to feel my cock down [minor child's] throat while you watch and masterbate to the site of it."

19.    On or about March 3, 2023, the Honorable Judge Stephanie S. Campbell granted authority in Fountain County Circuit Court Cause No. 23C01-2303-MC to seize and search the black Samsung cell phone used by Joshua Schatz.  On or about March 10, 2023, officers executed the search warrant, and seized the phone from Joshua Schatz at his residence of 2028 N 22nd St Terre Haute, Indiana. This phone has been in the custody of law enforcement since March 10, 2023.

20.    On August 7, 2023, this affiant requested and received a second search warrant to forensically examine the data on Schatz's cell phone, including any identity modules and/or removable media contained within the phone. The search warrant was issued in the Southern District of Indiana by Federal Magistrate Judge Kellie Barr under Case 1:23-mj-00587.

21.    The Samsung phone and storage device within the phone were forensically examined by Detectives Kevin Allen and Leon Galloday of the Boone County (Indiana) Crimes Against Children Task Force.  Both detectives are police officers in the State of Indiana.

22.    This affiant has reviewed the results of the examination of the target phone and storage device.  The user-created profile of the phone is "Josh's A32."  The model of the phone is a Galaxy A32.  An email address associated with the phone is "Joshuaschatz29@gmail.com."  The current SIM phone number for the device is 812-281-1880.

23.    The phone contains multiple images of a person the affiant recognizes as Joshua Schatz as well as additional attribution evidence that Joshua Schatz is the user of the phone.  One example of this attribution evidence is a Duke Energy bill dated November 11, 2022.  It is addressed to Joshua Schatz with an address of 2028 N 22nd Street, Terre Haute, IN 47804.

24.    The Samsung phone contains over 300 CG images and videos portraying toddler and prepubescent females engaged in sexually explicit conduct.

25.    The target phone contained a SanDisk Ultra Plus 32GB SD card. This device contains at least 20 images of infant females who this affiant believes to be less than 6 months old.  In each of these images, the infant is laying on her back or propped in a sitting position naked with her genitals exposed.  They appear to be multiple different infants in the collection of images.

26.     The SD card also contains a video with file name "ext_tw_video(1).mp4" that this affiant describes as follows: a 39 second video of a minor female under 12 years old laying on her back wearing a tank top. Her genitals are exposed. Her knees are pulled up and there is an adult male standing over her with his exposed penis between her legs. At 19 seconds, she sits up and the male puts his penis in her mouth and holds the back of her head.

27.     Through my training and experience, this affiant believes these images and video constitute child pornography as defined in 18 U.S.C. § 2556(8).

28.     This affiant knows that Joshua Lee Schatz has a 2016 conviction in Vigo County, Indiana for Child Molest-Touching/Fondling a child under 14 years old and is a registered sex offender.

29.     All of Schatz's conduct occurred in the Southern District of Indiana.

30.     **Interstate or foreign commerce**: The devices used to store the images and videos constituting child pornography were manufactured outside of the State of Indiana, and therefore, traveled in interstate or foreign commerce.

31.     Accordingly, there is probable cause that on or about March 10, 2023, Joshua Schatz possessed images and videos that meet the definition of child pornography, including, but not limited to, a 39 second video with file name "ext_tw_video(1).mp4."

32.     Based on my training and experience and the facts as set forth in this

affidavit, there is probable cause to believe that JOSHUA LEE SCHATZ has

committed the listed offense, namely possession of child pornography in violation of

Title 18, United States Code, Section 2252A(a)(5)(B).

/s/ Darin Odier
Task Force Officer Darin Odier
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of
Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by telephone.

Dated:  August 25, 2023

CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana